■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND STEWART, Appellant. [729 NYS2d 915] —Appeal from a judgment of the County Court of Greene County (Lalor, J.), rendered February 22, 2000, convicting defendant upon his plea of guilty of the crime of arson in the third degree.

Defendant pleaded guilty to the crime of arson in the third degree and was sentenced as a second felony offender to an indeterminate term of 3 to 6 years in prison. Defense counsel seeks to be relieved of her assignment as counsel for defendant on the ground that no nonfrivolous issues can be raised on appeal. We disagree. Our review of the record, defense counsel's brief and defendant's *pro se* submissions reveals the existence of various potential nonfrivolous issues of "arguable merit" (*People v Cruwys*, 113 AD2d 979, 980, *lv denied* 67 NY2d 650; *see, People v Powers*, 279 AD2d 647), including whether defendant's plea was voluntary and whether he was properly sentenced as a second felony offender given that he controverted the statement of his prior felony conviction. Accordingly, defense counsel's application to be relieved is granted and new counsel will be assigned to address any issues that the record may disclose (*see, People v Stokes*, 95 NY2d 633; *People v Cruwys, supra*).

Cardona, P. J., Mercure, Spain, Carpinello and Lahtinen, JJ., concur. Ordered that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.